**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| MENTORIA SILLS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 1:17-CV-1038 (APM) |
| DISTRICT OF COLUMBIA, *et al.*, | ) ) ) | |
| Defendants. | ) ) ) | |

**JOINT PRAECIPE OF DISMISSAL**

The parties, by and through counsel, hereby agree to dismiss this case against Defendants District of Columbia and Fredrick Onoja with prejudice pursuant to Fed. R. Civ. P. 41(a)(1). Each party to bear its own costs and fees. Accordingly, the Post-Discovery Status Conference scheduled for October 16, 2017, at 10:15 a.m., should be vacated.

Dated: September 19, 2017            Respectfully Submitted,

*/s/ William Claiborne*_____
WILLIAM CLAIBORNE, ESQ.
D.C. Bar No. 446579
717 D Street, NW, #300
Washington, DC 20004
Phone: (202) 824-0700
claibornelaw@gmail.com


/s/Joseph Scrofano_____
JOSEPH SCROFANO, ESQ.
D.C. Bar No. 994083
Scrofano Law P.C.
406 5th Street NW, Suite 100
Washington, DC 20001
Phone: (202) 870-0889

*Counsel for Plaintiff*

1

KARL A. RACINE
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

*/s/ Patricia A. Oxendine*_____
PATRICIA A. OXENDINE
D.C. Bar No. 428132
Chief, Civil Litigation Division, Section I

*/s/ Charles J. Coughlin*_____
KERSLYN D. FEATHERSTONE
D.C. Bar No. 478758
CHARLES J. COUGHLIN
D.C. Bar No. 1016993
Assistant Attorneys General
Office of the Attorney General
441 Fourth Street, N.W., Suite 630 South
Washington, D.C. 20001
Phone: (202) 724-6600; (202) 724-6608;
(202) 727-6295
Fax: (202) 715-8924; (202) 730-1887
Email: kerslyn.featherstone@dc.gov;
charles.coughlin@dc.gov

*Counsel for Defendants*